# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

FRANK W. ASKEW, JR.
ADC #082276                                                    PLAINTIFF

V.                          Case No. 2:09-cv-00165-DPM

LARRY NORRIS, RAY HOBBS,
GREG HARMON, STEVE OUTLAW,
SUMMERVILLE, LATHAN ESTER,
MAURICE WILLIAMS, MOSES JACKSON, III,
JEREMY ANDREWS, GREEN, and
TYRONE WASHINGTON                                             DEFENDANTS

## ORDER

The Court has considered Magistrate Judge Joe J. Volpe's Proposed
Findings and Recommended Disposition—to which Frank Askew (now
named Mu'min Abdulaziz) filed an objection—and conducted a *de novo*
review of the record in this case. The Court adopts Magistrate Judge Volpe's
Proposed Findings and Recommended Disposition. Askew's complaint is
dismissed, and all pending motions are denied.

An *in forma pauperis* appeal of this order and the subsequent judgment
would be frivolous and not in good faith. This dismissal counts as a "strike"

for purposes of 28 U.S.C. § 1915(g).

So Ordered.

D.P. Marshall Jr.
United States District Judge

22 July 2010

2